In the Matter of the GRADE CROSSING AND TERMINAL STATION· COMMISSION OF THE CITY OF BUFFALO, Respondent, Relative to Change of Grade of Clinton Street.

CITY OF BUFFALO et al., Appellants; CARL MILLER, INC., Respondent.

(Argued October 4, 1935; decided October 22, 1935.)

*Gregory U. Harmon, Corporation Counsel (Jeremiah J. Hurley* of counsel), for City of Buffalo, appellant.

*Louis L. Babcock* for Delaware, Lackawanna and Western Railroad Company, appellant.

*Ralph K. Robertson, Albert M. Kraus* and *John J. Sullivan, Jr.,* for Carl Miller, Inc., respondent.

*John H. Little* and *DeWitt Clinton* for Grade Crossing and Terminal Station Commission of the City of Buffalo, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.